UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARNER CONSTRUCTION, INC., CASCADE TOWER & RIGGING, INC., and KIMACO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, Local 302, a labor union, and NESS CRANES, INC., a Washington Corporation,<br><br>Defendants. | Case No. C07-775MJP<br><br>ORDER GRANTING CONTINUANCE |

This matter comes before the Court on Plaintiffs' motion to modify the case schedule. (Dkt. No. 50.) Defendants oppose the motion. (Dkt. No. 52.) Having considered the motion and response, Plaintiffs' reply (Dkt. No. 51), all documents submitted in support thereof and the balance of the record, the Court ORDERS as follows:

1) Based on Plaintiff's explanation regarding the NLRB proceedings, the parties' discovery disputes, and Defendants' late-hour withdrawal of its agreement to a requested continuance, the Court concludes that there is good cause for a continuance. However, Plaintiff has failed to document which tasks remain to be completed to prepare for trial. Plaintiff has failed to show why it needs any particular amount of extra time. The Court therefore refuses to grant the full ten month continuance that Plaintiffs requested.

2) The Court GRANTS a brief continuance and sets the following deadlines:

    a)    Trial set for 1/12/09 at 9:00 a.m.

    b)    Discovery motions due by 7/7/08

ORDER — 1

        c)        Discovery completed by 8/4/08

        d)        Dispositive motions due by 9/8/2008

3) All other related dates will be adjusted accordingly by the Court's clerk in a revised scheduling order.

Filed this 30th day of May, 2008.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER — 2