UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARNER CONSTRUCTION, INC., CASCADE TOWER & RIGGING, INC., and KIMACO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, Local 302, a labor union, and NESS CRANES, INC., a Washington Corporation,<br><br>Defendants. | Case No. C07-775MJP<br><br><br>ORDER DENYING MOTION FOR CONTINUANCE |

This matter comes before the Court on Plaintiffs' motion to extend the discovery cut-off and change the trial date. (Dkt. No. 65.) Defendants oppose the motion. (Dkt. No. 72.) Having considered the motion and response, Plaintiffs' reply (Dkt. No. 78), Defendants' reply (Dkt. No. 79) all documents submitted in support thereof and the balance of the record, the Court ORDERS as follows:

1) Although not labeled as such, Plaintiffs' motion is actually a motion for reconsideration of this Court's May 30 order granting a limited continuance. (See Dkt. No. 55.) Because it was filed more than ten judicial days after the Court issued its order, it is late and will not be considered. See Local Civil Rule 7(h)(2).

2) Even if the Court were to consider the merits of the motion, it would be denied. The Court only granted a limited continuance in its May 30 order because Plaintiffs had failed to document which tasks remain to be completed to prepare for trial and had failed to show why

ORDER — 1

they need any particular amount of extra time. Again in this motion, Plaintiffs offer only generic explanations of general types of discovery that need to be completed. The Court will not grant another continuance on this record. The motion is DENIED.

Filed this 8th day of July, 2008.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER — 2